UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **BRIAN ANTHONY HOLB** | : | CASE NO. 5:19-CV-00802 |
| **PLAINTIFF,** | : | |
| | : | **JUDGE JOHN R. ADAMS** |
| v. | : | |
| **DONNIE KAMMER, in his Individual and Official Capacities as City of Akron Councilman for Ward 7** | : | **MOTION TO WITHDRAW MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |
| **DEFENDANT.** | : | |

    Please take notice that Plaintiff Brian Holb hereby respectfully withdraws his pending Motion for Temporary Restraining Order and Preliminary Injunction filed on April 10, 2019. [Dkt. #2]. The issues raised in that Motion relate to the restoration of Plaintiff's ability to comment and interact with other residents of Ward 7 on matters of public concern on Defendant's Official Facebook Page. Defendant consents to Plaintiff's withdrawal of the Motion as Defendant has agreed to not block Plaintiff from his Official Facebook Page during the pendency of these proceedings.

    Respectfully submitted this 28th day of April, 2019.

        By: */s/ Brian A. Holb*
           Brian A. Holb (096791)
           1353 Aster Ave.
           Akron, OH 44301
           330.715.1076
           bholb30@gmail.com

**PROOF OF SERVICE**

This is to certify that on this 28th day of April, 2019 a true copy of the foregoing Notice to Withdraw Motion for Temporary Restraining Order and Preliminary Injunction was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Brian A. Holb*
Brian A. Holb (096791)
