IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN ANTHONY HOLB | : | CASE NO. 5:19 CV 00802 |
| Plaintiff, | : | |
| | : | JUDGE JOHN R. ADAMS |
| v. | : | |
| DONNIE KAMMER | : | |
| Defendant. | : | |
| | : | **STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL** |

Plaintiff Brian Anthony Holb and Defendant Donnie Kammer hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: January 10, 2020

                                                 /s/ Brian Holb
                                               By: Brian A. Holb
                                               Plaintiff

Dated: January 10, 2020

                                               City of Akron

                                               /s/ Michael J. Defibaugh
                                               By: Michael J. Defibaugh
                                               Attorney for Defendant Donnie Kammer

ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS CAUSE OF ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: January 10, 2020

_____
JOHN R. ADAMS
UNITED STATES DISTRICT JUDGE